**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 99-60077
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

RICHARD E. BLACKMORE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(3:98-CR-17-ALL-LS)
_____

February 9, 2000

Before POLITZ and DAVIS, Circuit Judges, and RESTANI, Judge.[*]

PER CURIAM:[**]

In this direct criminal appeal, Blackmore raises the following issues: (1) the evidence on record is insufficient to sustain his convictions; (2) the Government provided an illegal gratuity by entering into a plea bargain with a witness; (3) the Government violated his constitutional rights by exposing him to impermissible pre-indictment delay and engaging in malicious prosecution; (4) the court failed to give a jury instruction on duress to which he was entitled; and (5) the court misapplied the United States Sentencing Guidelines.

Based upon our view of the record and after considering the briefs

*The Honorable Jane A. Restani, Judge, United States Court of International Trade, sitting by designation.

**Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and oral argument of counsel, we find no merit to any of appellant's arguments.  The judgment of conviction and sentence is therefore affirmed.

AFFIRMED.